

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2021

No. 04-19-00485-CV

Rob **JENNINGS**, III and El Veleno, Ltd.,
Appellants

v.

Susan **JENNINGS**, Tres Mujeres, Ltd., and Pamela J. Person,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,479
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Liza A. Rodriguez, Justice

On February 3, 2021, this court issued its opinion and judgment in this appeal. A motion for rehearing was due on February 18, 2021. *See* TEX. R. APP. P. 49.1

On the due date, Appellants filed an unopposed motion for a thirty-day extension of time to file a motion for rehearing.

Appellants' motion is GRANTED; the motion for rehearing is due on March 22, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2021.



MICHAEL A. CRUZ, Clerk of Court